Rita Leader, Plaintiff-Appellee, v. Earl Cooper, Defendant-Appellant.

Gen. No. 47,678.

First District, Second Division.
May 26, 1959.
Released for publication June 23, 1959.

Holland F. FlaHavhan, for appellant; William W, Sher and Levinthal & Blecher, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**